**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CENGAGE LEARNING, INC., MCGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC, ELSEVIER, INC., and PEARSON EDUCATION, INC., | Case No. 17-cv-4914-JFK |
| Plaintiffs, | |
| v. | |
| XUHONG WANG, BU RU, and DOES 1-10 d/b/a www.ebooksgogo.com and www.ietext.com, | |
| Defendants. | |

**PLAINTIFFS' NOTICE OF MOTION FOR**
**EXPEDITED DISCOVERY AND ALTERNATE SERVICE**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and Declaration in Support, and the entire record herein, Plaintiffs Cengage Learning, Inc., McGraw-Hill Global Education Holdings, LLC, Elsevier, Inc., and Pearson Education, Inc. hereby move the Court for an order authorizing Plaintiffs: (1) pursuant to Fed. R. Civ. P. 26(d)(1), to serve targeted expedited discovery to identify Defendants' true names, aliases, and physical addresses; and (2) pursuant to Fed. R. Civ. P. 4(f)(3) and N.Y. C.P.L.R. § 308(5), to serve process on Defendants via email.

A Proposed Order is attached hereto.

Dated:  July 28, 2017
      Washington, D.C.

Respectfully submitted,

*/s/ Leo M. Lichtman*

Matthew J. Oppenheim
Julie C. Chen
Leo M. Lichtman
OPPENHEIM + ZEBRAK, LLP
5225 Wisconsin Ave. NW, Suite 503
Washington, DC 20015
Tel:  202-480-2999
matt@oandzlaw.com
julie@oandzlaw.com
leo@oandzlaw.com

*Attorneys for Plaintiffs*

2