UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC., MCGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC, ELSEVIER, INC., and PEARSON EDUCATION, INC.,<br><br>   Plaintiffs,<br><br> v.<br><br>XUHONG WANG, BU RU, and DOES 1-10 d/b/a www.ebooksgogo.com and www.ietext.com,<br><br>   Defendants. | **Case No. 17-cv-4914-JFK** |

## [PROPOSED] ORDER

Upon Plaintiffs' motion for an expedited discovery order and order authorizing alternate service, and upon reviewing the Memorandum of Law, supporting Declaration and exhibits submitted therewith, and the entire record herein,

IT IS HEREBY ORDERED that Plaintiffs' motion for leave to take expedited discovery prior to the Rule 26(f) conference is GRANTED.  Plaintiffs may issue Rule 45 subpoenas to current and former third-party service providers of the websites www.ebooksgogo.com and www.ietext.com (the "Infringing Sites"), including but not limited to GoDaddy, LLC, PayPal, Inc., and Woo Commerce, and serve follow up subpoenas, in order to identify Defendants' true names, aliases, current (and permanent) addresses, email, and any other contact information that can help identify and locate Defendants.

IT IS FURTHER ORDERED that such subpoena recipients shall produce any responsive records within ten (10) days of receiving actual notice of this Order.

IT IS FURTHER ORDERED that, sufficient cause having been shown, Plaintiffs' motion

2

for an order authorizing alternate service is GRANTED, and service of process shall be made on Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3) by delivering electronic copies of this Order, the Summons, and Complaint to the following email addresses: domaindaili@163.com, omyname@gmail.com, order@ebooksgogo.com, nuuroogee@gmail.com, ungulatev@hotmail.com, support@ietext.com, and support@shopoin.com (collectively, "Defendants' Email Addresses").

    IT IS FURTHER ORDERED that such alternate service shall be made within three (3) business days of this Order.

SO ORDERED this _____ day of _____, 2017.

                                                                      United States District Judge