| | |
|---|---|
| CENGAGE LEARNING, INC., MCGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC, ELSEVIER, INC., and PEARSON EDUCATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> XUHONG WANG, BU RU, and DOES 1-10 d/b/a www.ebooksgogo.com and www.ietext.com, <br><br> Defendants. | Case No. 17-cv-4914-JFK <br><br><br> **DECLARATION OF DAN SEYMOUR** |

I, Dan Seymour, pursuant to 28 U.S.C. § 1746, declare as follows:

1.     I am employed by Oppenheim + Zebrak, LLP ("O+Z"), which represents Plaintiffs Cengage Learning, Inc. ("Cengage"), McGraw-Hill Global Education Holdings, LLC ("MHE"), Elsevier, Inc. ("Elsevier"), and Pearson Education, Inc. ("Pearson") in this action.  I have knowledge of the facts stated herein based on personal knowledge and my review of the documents and websites referenced herein.  If called upon to do so, I am able to testify competently to the matters as stated herein.

2.     I have worked for O+Z since October 3, 2016.  My responsibilities at O+Z focus on investigation and enforcement relating to online piracy and counterfeiting matters for O+Z clients.  I have been involved in anti-piracy matters for over twenty years.  Prior to joining O+Z, I was Director of Anti-Piracy for CoStar Group, an online commercial real estate database firm.  Prior to the CoStar Group, I also directed or was responsible for anti-piracy matters for the

Entertainment Software Association and the Motion Picture Association of America. Prior to that, I worked at CoreFacts and Decision Strategies/Fairfax International, where I was primarily responsible for conducting computer forensics analyses and other high-tech investigations.

3. I submit this declaration in support of Plaintiffs' Motion for Expedited Discovery and Alternate Service.

## DEFENDANTS' INFRINGING SITES

4. Defendants operate a group of related websites devoted to the reproduction and distribution of pirated copies (i.e. unauthorized copies) of Plaintiffs' and others' copyrighted works, selling them in the form of electronic books ("Infringing E-books"). These websites include www.ebooksgogo.com and www.ietext.com, (hereinafter, collectively, the "Infringing Sites").

5. Defendants use a number of email addresses to conduct their illegal activities online ("Defendants' Email Addresses"), including but not limited to domaindaili@163.com, omyname@gmail.com, order@ebooksgogo.com, nuuroogee@gmail.com, ungulatev@hotmail.com, support@ietext.com, and support@shopoin.com. As set forth below, Defendants use Defendants' Email Addresses to answer customer inquiries about the Infringing E-books, to accept payment through third-party payment processors, and to confirm orders placed on the Infringing Sites. Defendants have also used Defendants' Email Addresses to register the domain names for the Infringing Sites and/or sign up for web hosting services connected with the Infringing Sites.

6. The domain name ebooksgogo.com is currently registered to Defendant Xuhong Wang under Defendants' Email Addresses domaindaili@163.com and nuuroogee@gmail.com. *See* **Seymour Exhibit 1** (WhoIs records for the domain name ebooksgogo.com). The domain

name ietext.com is currently registered to Defendant Bu Ru under Defendants' Email Addresses omyname@gmail.com and ungulatev@hotmail.com. *See* **Seymour Exhibit 2** (WhoIs record for the domain name ietext.com).

7.      Plaintiffs are unable to physically locate Defendants. This is because Defendants do not put any names or physical addresses on the Infringing Sites, and because Defendants have provided false and/or nonexistent addresses in connection with the registration of the domain names behind the Infringing Sites, as explained in the following paragraph. Indeed, Defendants' Email Addresses order@ebooksgogo.com and support@ietext.com are the only accurate and verifiable pieces of contact information that Defendants put on the Infringing Sites. Defendants invite customers to contact them for assistance via the order@ebooksgogo.com and support@ietext.com Email Addresses, as set forth on the FAQ pages, attached hereto as **Seymour Exhibit 3.** I caused an email to be sent to Defendants at these two email addresses and did not receive a "bounceback" message or any other indication that the emails could not be delivered.

8.      As set forth in Exhibits 1 and 2, Defendants provided addresses in Macao, China to register their domain names. As part of my investigations into Defendants' infringing activities, I hired a private investigator in China to research the addresses and determine whether such addresses are real and/or the correct addresses for Defendants. The private investigator confirmed that these addresses do not exist. For instance, Defendants list cities and provinces that are conflicting, and provide unintelligible street names.

9.      Defendants' Infringing Sites are connected via Defendants' PayPal account, "Shopion Inc.," and via Defendants' Email Address support@shopoin.com, which has been used in conjunction with Defendants' PayPal account. Defendants use this PayPal account to receive

payments on both of the Infringing Sites for the sale of Infringing E-books. I researched whether Shopion Inc. was a real business entity, but could not find a registration for it in any U.S. business entity database.

10. Defendants' Infringing Sites receive tens of thousands of unique visitors per year from customers and prospective customers located throughout the United States, including in this District. A report from SimilarWeb, a well-known provider of online web-traffic metrics, indicates that Defendants' Infringing Site www.ebooksgogo.com received almost 24,000 visits in one month alone, virtually all of which came from visitors within the United States. This report is attached as **Seymour Exhibit 4.**

11. Defendants use a number of companies in the United States for services connected with their Infringing Sites. Among other service providers, Defendants employ (a) domain name registration and web hosting services through GoDaddy.com, LLC, and (b) payment processing services through PayPal and Woo Commerce, among others.

12. On Defendants' Infringing Sites, customers can browse Defendants' massive catalogue of Infringing E-books by subject, or search by various criteria, such as by title, author, and International Standard Book Number ("ISBN").

13. Defendants' Infringing Sites specify in their FAQ pages that they offer the Infringing E-books in several "DRM-free" file formats whenever possible. This refers to digital rights management technology that restricts subsequent copying. In other words, Defendants hold out their Infringing E-books as being sold in a format that would allow their customers to freely make copies of the Infringing E-books and then provide them to others.

14. Defendants' Infringing Sites host individual "product pages" for each Infringing E-book that they offer for sale. These pages contain an image of the book cover, a product

description (lifted directly from the publisher's description), and suggestions of related products in which the prospective buyer may be interested.

15.     In order to make a purchase on Defendants' Infringing Sites, customers simply add the work or works to their shopping cart and click "Proceed to Checkout" or "Proceed to PayPal." Purchasers are then prompted to enter their contact information and are redirected to a third-party payment processor to complete the transaction.

16.     The Infringing Sites redirect purchasers to PayPal to complete their transaction. Once payment is processed, Defendants provide customers with the Infringing E-book by placing a copy in an online folder on the Infringing Site. By logging on to "My Account," the customer can access and download a copy of the Infringing E-book.

**TEST PURCHASES**

17.     At my direction and under my supervision, I caused test purchases of Plaintiffs' works to be made on Defendants' Infringing Sites on several dates in March of this year.

18.     On the Infringing Site www.ebooksgogo.com, I created an account and made a test purchase of the following of Plaintiffs' works on Exhibit A to the Complaint (ECF No. 8-1):

    a.  *Paradoxes of Leadership in Policy Management*, 1st Edition, published by Cengage;

    b.  *Occupational Therapy: What It Is and How It Works*, 1st Edition, published by Cengage;

    c.  *Cases in Emotional and Behavioral Disorders of Youth*, 3rd Edition, published by Pearson;

    d.  *Construction Quality: Do it Right or Pay the Price*, 1st Edition, published by Pearson;

e.   *Environmental Science Demystified*, 1st Edition, published by MHE;

f.   *Earth Science Demystified*, 1st Edition, published by MHE;

g.   *Clinical Companion for Fundamentals of Nursing*, 8th Edition, published by Elsevier; and

h.   *ENT Secrets*, 4th Edition, published by Elsevier.

19.   The product pages for these works as they appear on Defendants' Infringing Site www.ebooksgogo.com are attached hereto as **Seymour Exhibit 5.**  After adding the products to my cart and logging into a user account that I created on the Infringing Site, I received an invoice from PayPal, through which I paid a total of $97.12 to the PayPal account Shopion Inc. at support@shopoin.com to purchase the Infringing E-books for these works.  The PayPal order invoice is attached hereto as **Seymour Exhibit 6**.

20.   After the payment was processed, I received a confirmation email from order@ebooksgogo.com.  This confirmation email is attached hereto as **Seymour Exhibit 7.**  I then accessed "My Account" for the account I created on www.ebooksgogo.com, and clicked on the provided link to download the Infringing E-books.

21.   On the Infringing Site www.ietext.com, I created an account and made a test purchase of the following of Plaintiffs' works on Exhibit A to the Complaint (ECF No. 8-1):

a.   *Perspectives on Managing Employees*, 1st Edition, published by Cengage;

b.   *Mosby's Comprehensive Review of Practical Nursing for the NCLEX-PN Exam*, 16th Edition, published by Elsevier;

c.   *Saunders Q&A Review for the NCLEX-PN Examination*, 4th Edition, published by Elsevier;

d.   *McGraw-Hill Nurse's Drug Handbook*, 7th Edition, published by MHE;

e. *Cases in Emotional and Behavioral Disorders of Children and Youth*, 3rd Edition, published by Pearson; and

f. *Assistive Technology for Children and Youth with Disabilities*, 1st Edition, published by Pearson.

22. The product pages for these works as they appear on the Infringing Site www.ietext.com are attached hereto as **Seymour Exhibit 8.** After adding the products to my cart and logging into a user account that I created on the Infringing Site, I received an invoice from PayPal, through which I paid a total of $109.29 to the PayPal account Shopion Inc. at support@shopoin.com to purchase the Infringing E-books for these works. The PayPal order invoice is attached hereto as **Seymour Exhibit 9**.

23. After the payment was processed, I received a confirmation email from support@ietext.com. This confirmation email is attached hereto as **Seymour Exhibit 10.** I then accessed "My Account" for the account I created on www.ietext.com, and clicked on the provided link to download the Infringing E-books.

24. After I downloaded the linked files, I sent them to Plaintiffs, who each confirmed that the linked files contained unauthorized copies of the infringing works, just as Defendants advertised.

### PAYPAL INFRINGEMENT NOTICE

25. PayPal's User Agreement and policies prohibit the use of its service to infringe the copyrights of others. *See* https://www.paypal.com/us/webapps/mpp/ua/useragreement-full, and https://www.paypal.com/us/webapps/mpp/ua/acceptableuse-full (last visited July 14, 2017). PayPal also provides copyright owners with the means to report infringement in the form of a PayPal Infringement Report, which copyright owners fill out and send to PayPal, notifying them

that their service is being used to sell infringing material. *See* https://www.paypal.com/us/webap ps/mpp/ua/infringementrpt-full (last visited July 14, 2017).

26. On June 6, 2017, I provided PayPal with a PayPal Infringement Report containing the infringing URLs, identifying a representative list of the copyrighted works infringed, providing my contact information, and stating my good faith belief that Defendants' activities were not authorized by the copyright owner or the law.

27. It is my understanding that PayPal has placed a temporary "hold" on the funds in Defendants' PayPal account pursuant to its User Agreement. Such "hold," however, will not remain in place for the pendency of the entire action. Rather, it is my understanding that, absent court order, PayPal can keep it in place only for a few months.

I declare under penalty of perjury that the foregoing is true and correct.

Dan Seymour

Executed on July 28, 2017 in Washington, DC.