UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC., MCGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC, ELSEVIER, INC., and PEARSON EDUCATION, INC.,<br><br>      Plaintiffs,<br><br>  v.<br><br>XUHONG WANG, BU RU, and DOES 1-10 d/b/a www.ebooksgogo.com and www.ietext.com,<br><br>      Defendants. | **Case No. 17-cv-4914-JFK** |

### AFFIDAVIT OF SERVICE

I, Leo Lichtman, hereby affirm and state as follows:

Pursuant to the Court's September 14, 2017 Order (ECF No. 26) (the "Order") granting Plaintiffs' request for expedited discovery and alternate service, I served copies of (1) Plaintiffs' Complaint with Exhibit A, (2) the Summons, and (3) the Order on Defendants on September 15, 2017 via electronic mail at the following email addresses in accordance with the Order: domaindaili@163.com, omyname@gmail.com, order@ebooksgogo.com, nuuroogee@gmail.com, ungulatev@hotmail.com, support@ietext.com, and support@shopoin.com.

I declare under penalty of perjury that the foregoing is true and correct.

_/s/ Leo Lichtman_

Executed on September 15, 2017
Washington, D.C.